**Order entered April 29, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00051-CR

### LUCAS LEONARDO PERILLA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80963-2013**

## ORDER

The Court **GRANTS** appellant's April 24, 2015 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order. No other extensions will be granted absent exigent circumstances.

/s/    ADA BROWN
JUSTICE